FILED

2014 Oct-03  PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ARTELETTE COLE and**<br>**ANTHONY D. BROWN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF TARRANT, ANGELA MOON,**<br>**LOXCIL TUCK, DENNIS RENO, LAURA**<br>**HORTON, BETTY MIDDLEBROOKS,**<br>**CATHY ANDERSON, DEBORAH MATHEWS**<br>**and JOHN T. BRYANT,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:14-cv-01737-VEH |

### NOTICE OF APPEARANCE FOR THE PLAINTIFFS

Comes now Nicholas Wooten and enters herewith his notice of appearance as additional counsel for the plaintiffs and requests that he be served with any further pleadings and orders of the Court in this matter at his address contained in this pleading.

Done and filed this 3rd day of October, 2014.


/s/ Nick Wooten
Nicholas H. Wooten (WOO084)
*One of the Attorneys for the Plaintiffs*

OF COUNSEL:

NICK WOOTEN, LLC
P.O. Drawer 3389
Auburn, AL 36831-3389
Tel:  (334) 887-3000
Fax: (334) 821-7720
nick@nickwooten.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action on this 3rd day of October, 2014 by use of the CM/ECF system:

Daniel R. Pickett
Donahue & Associates, LLC
1020 22nd Street, South
Birmingham, AL 35205
dpickett@donahue-associates.com
*Attorneys for Defendants*

*Bradley W Cornett      brad@fordhowardcornett.com*

*Daniel Robert Pickett      dpickett@donahue-associates.com*

*J Flint Liddon      flint@liddonlaw.com*

/s/ Nick Wooten
OF COUNSEL